AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. **CR 18 0076** |
| | ) | |
| | ) | |
| Mark Goldberg | ) | **KUNTZ, J.** |
| Defendant | ) | |

## ARREST WARRANT

**TISCIONE, M.J.**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mark Goldberg                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1349 (Conspiracy to Commit Securities Fraud)
Title 15, United States Code, Sections 78j(b) and 78ff (Securities Fraud)

Date: 02/14/2018

s/ Lois Bloom
*Issuing officer's signature*

City and state: Brooklyn, New York

Magistrate Judge Lois Bloom
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/14/18, and the person was arrested on *(date)* 2/27/18
at *(city and state)* Queens, NY.

Date: 2/27/18

*Arresting officer's signature*

Kurt Dengler, Special Agent
*Printed name and title*